UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2174-GW(JEMx) | Date | September 6, 2017 |
|---|---|---|---|
| Title | *Moises Reynoso v. Century and Main Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　　ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 5, 2017, Plaintiff Moises Reynoso filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for October 12, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on October 11, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：

Initials of Preparer　JG