# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES REYNOSO, | Case No.: CV 17-2174-GW(JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CENTURY & MAIN INC. d/b/a ARCO; and DOES 1 through 10, | Complaint Filed: March 20, 2017<br>Trial Date: None |
| Defendants. | |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, each side to bear their own fees and costs.

DATED: September 28, 2017

_____
GEORGE H. WU, U.S. District Judge